DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (State Bar No. 162648)
MARK AVEIS (State Bar No. 107881)
Assistant United States Attorneys
Organized Crime Section
  1400 United States Courthouse
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-2433 or 4477
  Facsimile: (213) 894-0142 or 3713
  E-mail: Mark.Childs@usdoj.gov
          Mark.Aveis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STINSON, et al., <br><br> Defendants. | Case No.: CR 02-938(E)-RGK <br><br> GOVERNMENT'S PROPOSED STATEMENT TO BE READ TO THE JURY <br><br> Trial date: October 4, 2006 <br> Time: 8:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California ("government"), hereby submits its proposed statement of the case to be read to the jury.

U.S. v. Stinson, CR 02-983(E)-RGK
Stmt to be read to Jury

GOVERNMENT'S PROPOSED STATEMENT TO BE READ TO THE JURY

I will now summarize the indictment for you. The indictment contains a statement of the criminal charges against the defendants.

Each defendant is charged in the indictment with the same three counts. As to each of the three counts, the indictment alleges that defendants committed the charged offenses as high-ranking members of a prison gang called the "Aryan Brotherhood." Further, that the Aryan Brotherhood prison gang operated in two coordinated factions, one in California prisons and the other in federal prisons.

The indictment contends that each of these factions was controlled by a separate ruling body, sometimes called the "commission," and that defendants were at all relevant times members of the "commission" in the California prisons. Further, that as members of the commission, defendants ordered, approved, and solicited the murders of Aryan Brotherhood members and others.

The first count that you will consider charges theses defendants with racketeering conspiracy, which is a part of the racketeering laws known as "RICO." I will instruct you on the law of RICO conspiracy after all evidence has been presented. But, for now, please consider that defendants are charged with conspiring to violate racketeering laws by conducting the Aryan Brotherhood prison gang through a pattern of criminal activity which included murder, attempted murder, conspiracy to commit murder, solicitation to commit murder, narcotics trafficking, and

other crimes.

The other charges that you will consider charge each of the defendants with what are known as violent crimes in aid of racketeering. That is, defendants are charged with committing certain crimes to maintain, increase or enhance their positions in the Aryan Brotherhood.

Specifically, in one of these counts, defendants have been charged with aiding, abetting, encouraging or otherwise participating in the murder of Aryan Brotherhood member Arthur Ruffo.

In the second of these counts, defendants have been charged with aiding, abetting, encouraging or otherwise participating in the murder of Aryan Brotherhood member Aaron Marsh.

Each defendant has pleaded not guilty and has denied all of the charges in the indictment.

-iii-

U.S. v. Stinson, CR 02-983(E)-RGK
Stmt to be read to Jury

## CERTIFICATE OF SERVICE

I, **NETTIE RAFEE** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on September 25, 2006, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,

a copy of:**"Government's Proposed Statement to Be Read to the Jury** was:

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By hand delivery addressed as follows: | [X] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

SEE ATTACHMENT

at their last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **September 25, 2006**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Nettie Rafee*
Nettie Rafee

U.S. v. ROBERT LEE GRIFFIN, ET AL.,
CR NO. 02-938-RGK (9/25/06)

Joseph F. Walsh, Esq. (ROBERT GRIFFIN)
316 West Second Street, Suite 1200
Los Angeles, CA 90012
Tel: 213-627-1793
Fax: 213-489-4700
Email: Attyjoewalsh@aol.com

Michael M. Crain, Esq. (ROBERT GRIFFIN)
P.O. Box 3730
Santa Monica, CA 90408
Tel: 310-571-3324
Fax: 310-571-3354
Email: Michaelmcrain@aol.com

Knut Johnson, Esq. (DAVID CHANCE)
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Email: knut@knutjohnson.com
(619) 232-7080
Fax (619) 232-6052

John Cotsirilos, Esq. (DAVID CHANCE)
2442 Fourth Avenue
San Diego, CA 92101
Email: Mccabeatty@aol.com
(619) 232-6022
Fax (619) 232-6052

Paul Potter, Esq. (JOHN STINSON)
Potter, Cohen & Samulon
3852 East Colorado Blvd.
Pasadena, CA 91107
(626) 795-0681
Email: pepsquire@earthlink.net

Terrence Bennett, Esq. (JOHN STINSON)
P.O. Box 709
Pasadena, CA 91102-0709
(626) 798-6675
Email: benedictus@earthlink.net