Christopher C. Chaney SBN 85114
1055 East Colorado Blvd., Suite 310
Pasadena, CA 91106
Tel: (626) 577-5005
Fax (626) 397-9707
Email: ccchaney@pacbell.net

David J.P. Kaloyanides  SBN 160368
One Wilshire Building
624 South Grand Ave., Suite 2200
Los Angeles, CA 90017-3323
Tel:  (213) 623-8120
Fax: (213) 402-6292
Email: djpk.aplc@mac.com

Attorneys for Defendant
Gary Joe Littrell

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: ~~SA~~ CR 02-0938(A) CJC |
| Plaintiff, | NOTICE OF AND DEFENDANT'S MOTION TO SEVER TRIAL |
| vs. | Hearing Date:  November 20, 2006 |
| GARY JOE LITTRELL, | Time:            9:00 a.m. |
| Defendant. | Courtroom:    9B |
| | Honorable Cormac J. Carney |

TO UNITED STATES ATTORNEY DEBRA WONG YANG AND HER REPRESENTATIVES:

PLEASE TAKE NOTICE THAT on November 20, 2006, at 9:00 a.m., or on such date and at such time as may be set by the Court, Defendant Gary Joe Littrell, by and through his attorneys of record in this case, will and hereby does move the

1
Motion to Sever

Court for an order severing the trial of Mr. Littrell from the trial of co-defendant Richard Terflinger.

This motion is based on the fact that the trial of Mr. Littrell with co-defendant Richard Terflinger constitutes prejudicial joinder of defendants under Rules 8(b) and 14(a) of the Federal Rules of Criminal Procedure in that Mr. Littrell is not alleged to have participated in the same act or transaction, or in the same series of acts or transactions as Mr. Terflinger that joinder of Mr. Littrell for trial with Mr. Terflinger is prejudicial.

This motion is also based on the fact that Mr. Terflinger will be seeking a continuance of the trial date whereas Mr. Littrell is exercising his speedy trial rights and requesting trial in this case as soon as possible, and in no event, later than the current trial date of May 8, 2006.

This motion is based on this notice and motion, the attached memorandum of points and authorities, the declaration of counsel, the papers and pleadings in the Court's file, and such other evidence and argument as may be presented at the hearing on this motion, and such matters of which the Court may take judicial notice.

Respectfully submitted,

Dated: October 23, 2006

David J.P. Kaloyanides
Attorneys for Defendant
Gary Joe Littrell

---
2
Motion to Sever

# PROOF OF SERVICE

I am an active member of the Bar of this State, and who is duly licensed to practice before this Court. My business address is 624 South Grand Avenue, Suite 2200, Los Angeles, California, 90017. I am over the age of 18 years, and I am not a party to this action. I served the following document(s):

NOTICE OF MOTION AND MOTION TO SEVER TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SEVER; DECLARATION OF DAVID J.P. KALOYANIDES IN SUPPORT OF MOTION TO SEVER

on October 23, 2006

on the person(s) identified below, using the following method of service:

Steven Wolfe, AUSA
United States Attorney's Office
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Email: steve.wolfe@usdoj.gov

Stanley Perlo, Esq.
250 West Ocean Blvd., Suite 1714
Long Beach, CA 90802
Email: sperloesq@aol.com

Matthew J. Lombard
316 West 2nd Street, Suite 1202
Los Angeles, CA 90012
Email: mlombard@lombardlaw.net

[XX] **MAIL** by placing the above-entitled document(s) in a sealed envelope addressed as above, with postage paid, and by depositing the above-entitled envelope in a post office, mailbox, subpost office, substation, mail chute or other like facility regularly maintained by the United States Postal Service.

[XX] **ELECTRONIC TRANSMISSION** pursuant to the agreement of the parties by facsmile/email transmission to the number/email address indicated above, with a return report indicating that the transmission was completed without error before 5:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2006, at Los Angeles, California.

_____
David J.P. Kaloyanides

Proof of Service