Christopher C. Chaney SBN 85114
1055 East Colorado Blvd., Suite 310
Pasadena, CA 91106
Tel: (626) 577-5005
Fax (626) 397-9707
Email: ccchaney@pacbell.net

David J.P. Kaloyanides  SBN 160368
One Wilshire Building
624 South Grand Ave., Suite 2200
Los Angeles, CA 90017-3323
Tel:  (213) 623-8120
Fax: (213) 402-6292
Email: djpk.aplc@mac.com

Attorneys for Defendant
Gary Joe Littrell

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR 02-0938(A) CJC |
| Plaintiff, | DECLARATION OF DAVID J.P. KALOYANIDES IN SUPPORT OF MOTION TO SEVER TRIAL |
| vs. | |
| GARY JOE LITTRELL, | Hearing Date:  November 20, 2006<br>Time:           9:00 a.m.<br>Courtroom:     9B |
| Defendant. | Honorable Cormac J. Carney |

I, David J.P. Kaloyanides, hereby state and declare:

1.    I am a member of the Bar of this State, duly licensed to practice law before the courts of this State and before this Court. I am trial counsel for Defendant Gary Joe Littrell. I make this declaration in support of Mr. Littrell's motion to sever trial filed concurrently herewith. I have personal knowledge of the

1
Declaration in Support of Motion to Sever

1  matters stated herein and would so testify if called as a witness.

2      2.    On October 23, 2006, I received an email message from Stan Perlo, trial counsel for Defendant Richard Lloyd Terflinger. Mr. Perlo informed me that he would be seeking a continuance of the May 8, 2007, trial date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2006, at Los Angeles, California.

/s/ David J.P. Kaloyanides

---
2
Declaration in Support of Motion to Sever

# PROOF OF SERVICE

I am an active member of the Bar of this State, and who is duly licensed to practice before this Court. My business address is 624 South Grand Avenue, Suite 2200, Los Angeles, California, 90017. I am over the age of 18 years, and I am not a party to this action. I served the following document(s):

NOTICE OF MOTION AND MOTION TO SEVER TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SEVER; DECLARATION OF DAVID J.P. KALOYANIDES IN SUPPORT OF MOTION TO SEVER

on October 23, 2006

on the person(s) identified below, using the following method of service:

Steven Wolfe, AUSA
United States Attorney's Office
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Email: steve.wolfe@usdoj.gov

Stanley Perlo, Esq.
250 West Ocean Blvd., Suite 1714
Long Beach, CA 90802
Email: sperloesq@aol.com

Matthew J. Lombard
316 West 2nd Street, Suite 1202
Los Angeles, CA 90012
Email: mlombard@lombardlaw.net

[XX] **MAIL** by placing the above-entitled document(s) in a sealed envelope addressed as above, with postage paid, and by depositing the above-entitled envelope in a post office, mailbox, subpost office, substation, mail chute or other like facility regularly maintained by the United States Postal Service.

[XX] **ELECTRONIC TRANSMISSION** pursuant to the agreement of the parties by facsmile/email transmission to the number/email address indicated above, with a return report indicating that the transmission was completed without error before 5:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2006, at Los Angeles, California.

_David J.P. Kaloyanides_

Proof of Service