Christopher C. Chaney SBN 85114
1055 East Colorado Blvd., Suite 310
Pasadena, CA 91106
Tel: (626) 577-5005
Fax (626) 397-9707
Email: ccchaney@pacbell.net

David J.P. Kaloyanides SBN 160368
One Wilshire Building
624 South Grand Ave., Suite 2200
Los Angeles, CA 90017-3323
Tel: (213) 623-8120
Fax: (213) 402-6292
Email: djpk.aplc@mac.com

Attorneys for Defendant
Gary Joe Littrell

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR 02-0938(A) CJC |
| Plaintiff, | |
| vs. | Hearing Date: None<br>Time: None<br>Courtroom: 9B |
| GARY JOE LITTRELL, | Hon. Cormac J. Carney |
| Defendant. | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER FOR MEDICAL TREATMENT**

1

Defendant's Ex Parte Application re Medical Treatment

## DECLARATION OF DAVID J.P. KALOYANIDES

I, David J.P. Kaloyanides, hereby state and declare:

1. I am a member of the Bar of this State, duly licensed to practice law before the courts of this State and before this Court. I am trial counsel of record for Gary Joe Littrell, a defendant in this case. I have personal knowledge of the matters stated herein and would so testify if called as a witness.

2. I was informed that during a visit with Capital Counsel on Monday, December 11, 2006, Mr. Littrell was requested to meet with a doctor at Santa Ana City Jail.

3. The meeting with the doctor lasted approximately 10 minutes. The doctor did not have any paperwork, files, and had not reviewed Mr. Littrell's medical file.

4. Despite having no background information regarding Mr. Littrell's medical condition, the Santa Ana City Jail doctor told Mr. Littrell that he would not receive any injections, that the medications he was taking were "bad" for his liver, and that he was being taken off his medications.

5. When Mr. Littrell informed the doctor that this was not acceptable and that he would inform the court, the doctor stated "no judge can tell me what to do."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of December, 2006, at Los Angeles, California.

David J.P. Kaloyanides

2
Defendant's Ex Parte Application re Medical Treatment

## PROOF OF SERVICE

I am an active member of the Bar of this State, and who is duly licensed to practice before this Court. My business address is 624 South Grand Avenue, Suite 2200, Los Angeles, California, 90017. I am over the age of 18 years, and I am not a party to this action. I served the following document(s):

SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER RE MEDICAL TREATMENT; [PROPOSED] ORDER

on December 11, 2006

on the person(s) identified below, using the following method of service:

Steven Wolfe, AUSA
United States Attorney's Office
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Email: steve.wolfe@usdoj.gov

Stanley Perlo, Esq.
250 West Ocean Blvd., Suite 1714
Long Beach, CA 90802
Email: sperloesq@aol.com

Matthew J. Lombard
316 West 2nd Street, Suite 1202
Los Angeles, CA 90012
Email: mlombard@lombardlaw.net

[XX] **ELECTRONIC TRANSMISSION** pursuant to the agreement of the parties by facsmile/email transmission to the number/email address indicated above, with a return report indicating that the transmission was completed without error.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December, 2006, at Los Angeles, California.

David J.P. Kaloyanides

Proof of Service