GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (Cal. Bar No. 116400)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-7408
Facsimile: (213) 894-3713
E-mail: Steve.Wolfe@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. SA CR 02-938-CJC |
| Plaintiff, ) | |
| ) | GOVERNMENT'S RESPONSE TO |
| v. ) | DEFENDANT'S EX PARTE |
| ) | APPLICATION FOR MEDICAL |
| GARY JOE LITTRELL, ) | TREATMENT ORDER; DECLARATION OF STEPHEN G. WOLFE |
| Defendant. ) | |

Plaintiff United States of America hereby responds to defendant's Ex Parte Application For an Order for Medical Treatment.

DATED: December 11, 2006    Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

/s/ Stephen G. Wolfe
STEPHEN G. WOLFE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF STEPHEN G. WOLFE

I, Stephen G. Wolfe, declare as follows:

1. I am an Assistant United States Attorney for this district, and am assigned to the prosecution of <u>United States v. Gary Joe Littrell</u>, CR 02-938-CJC. I have been assigned to this case since before the indictment was unsealed. I make this declaration in response to defendant Littrell's Ex Parte Application for an Order for Medical Treatment.

2. When I received defendant's application, I forwarded it to representatives of the United States Marshals Service (USMS), who forwarded the application to officials at the Santa Ana City Jail. I have been informed today by jail officials that defendant Littrell was examined today by a physician at the Jail, and that the physician recommended that defendant Littrell be evaluated by an orthopedic surgeon. I have been informed that the USMS will make an appointment for defendant Littrell with an orthopedic surgeon.

3. I have also been informed that the physician who examined defendant Littrell today prescribed for him Vicodin for pain, Soma as an anti-inflammatory, and Benadryl.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: December 11, 2006

_____
STEPHEN G. WOLFE

1

CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S EX PARTE APPLICATION FOR MEDICAL TREATMENT ORDER; DECLARATION OF STEPHEN G. WOLFE**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHMENT**

This Certificate is executed on 12/12/06, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
**CAREY P. CRONIN**

1  **ATTACHMENT**

2  <u>**UNITED STATES v. TERFLINGER and LITTRELL.**</u>
   **No. CR 02-938-CJC**

3

4  Christopher Chaney
   1055 East Colorado Blvd., Suite 310
5  Pasadena, CA 91106

6  David J.P. Kaloyanides
   One Wilshire Building
7  624 South Grand Ave., Suite 220
   Los Angeles, CA 90017